

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-75,888

**EX PARTE ANTHONY R. BROWN, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 21206A IN THE 86TH DISTRICT COURT
## FROM KAUFMAN COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of murder and sentenced to life imprisonment. The Fifth Court of Appeals affirmed his conviction. *Brown v. State,* No. 05-04-00872-CR (Tex. App. – Dallas, March 30, 2005, no pet.).

Applicant contends that his appellate counsel rendered ineffective assistance because counsel failed to inform him of his right to file a *pro se* petition for discretionary review.

Appellate counsel filed an affidavit with the trial court. Based on that affidavit, the trial court

has entered findings of fact and conclusions of law that appellate counsel failed to inform Applicant of his right to file a *pro se* petition for discretionary review. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fifth Court of Appeals in Cause No. 05-04-00872-CR that affirmed his conviction in Case No. 21206A from the 86th Judicial District Court of Kaufman County. Applicant shall file his petition for discretionary review with the Fifth Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered:    April 9, 2008
Do not publish